FILED

08/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0357

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0357

_____

CASCADE COUNTY,

     Plaintiff and Appellant,

    v.

MONTANA PETROLEUM TANK RELEASE
COMPENSATION BOARD,

     Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 24 2022